UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HERMELINDA SALINAS; SEVETRIA FIELDS; SHAQUINTA DAGLEY-BICKEMS; SHIRLEY LUGRAND; and TRINA TAYLOR,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWESTERN BELL TELEPHONE LP and AT&T SERVICES INC,<br><br>*Defendants.* | § § § § § § § § § § § § § § §   Civil Action No. 3:20-CV-01453-X |

# JUDGMENT

Pursuant to the plaintiffs' acceptance of the defendants' Rule 68 offer of judgment, the Court hereby enters judgment against the defendants in the total amount of $1,879.54. The total amount of $1,879.54 is to be allocated among each of the plaintiffs as follows:

a. Hermelinda Salinas $498.16

b. Sevetria Fields $271.04

c. Shaquinta Dagley-Bickems $240.20

d. Shirley Lugrand $726.68

e. Trina Taylor $143.46

The plaintiffs are also entitled to costs accrued to date and such necessary and reasonable attorneys' fees now accrued. The plaintiffs have fourteen (14) days from the issuance of this Order to file a motion for attorneys' fees.

**IT IS SO ORDERED** this 17th day of February, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE